# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL WARD AND KAY WARD,**

        **Plaintiff,**

-vs-                                                  **Case No.  6:06-cv-53-Orl-31KRS**

**WINTER GARDEN BUSINESS PARK,
LLC,**

        **Defendant.**

_____

# ORDER

Upon consideration of the Amended Joint Stipulation for Dismissal with Prejudice (Doc. 46), it is

**ORDERED** that the Motion is GRANTED.  The Court finds that the Mediated Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel.  Therefore, the Settlement Agreement is approved and the case is dismissed with prejudice.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 22, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party